# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person, property, or premises to be searched)

xxxx xxx xxxxxxxxx xxxxxx, N.W.
Washington, D.C.

**APPLICATION AND AFFIDAVIT
FOR SEARCH WARRANT**

CASE NUMBER:

(Further described below)

I   David Hurley   being duly sworn depose and say:

I am a(n)   Investigator with the United States Park Police   and have reason to believe
                    (Official Title)

that  (name, description and or location)
within the premises known as xxxx xxx xxxxxxxxx xxxxxx, N.W., described as a brown brick 2 story row house with white trim, white front porch with columns. "xxxx" in gold in color over the front door. xxxx is to the south of xxxx.

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property to be searched)
a firearm, as well as related gun paraphernalia, to include ammunition, gun-cleaning kits, storage boxes, and manuals, receipts and other documents related to the firearm

which is (state one or more bases for search and seizure set forth under Rule 41(c) of the Federal Rules of Criminal Procedure)
evidence

concerning a violation of Title 18  United States Code, Section(s) 922(g)(1) . The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT HEREIN INCORPORATED BY REFERENCE AS IF FULLY RESTATED HEREIN

Continued on the attached sheet and made a part hereof.    ☒ YES    NO

William J. O'Malley, Jr.
Organized Crime Narcotics Trafficking Section
(202)202-305-1749

Signature of Affiant
Inv. David Hurley
United States Park Police

Sworn to before me, and subscribed in my presence

at Washington, D.C.

Date

Name and Title of Judicial Officer            Signature of Judicial Officer

AFFIDAVIT IN SUPPORT OF A SEARCH WARRANT
FOR ENTIRE PREMISES KNOWN AS
4509 NEW HAMPSHIRE AVENUE, NORTHWEST
WASHINGTON, D.C.

1. For the entire residence known as xxxx xxx xxxxxxxxx xxxxxx, Northwest, Washington D.C. The residence is further described as a two-story, brown brick rowhouse with white trim and white porch columns. The numerals "xxxx" are gold-colored above the front door which is a black grated door. The residence xxxx xxx xxxxxxxxx xxxxxx, Northwest is to the south. The residence is on the east side of New Hampshire Avenue, Northwest, and to the north of Allison Street, Northwest.

2. Your affiant is Investigator David Hurley, currently assigned to the United Stated Park Police, Criminal Investigations Branch, Narcotics and Vice Unit. Your affiant has been a sworn police officer since 1992. Your affiant has participated in over 700 narcotic-related arrests, and over 70 undercover purchases of different illegal drugs. Your affiant has participated in the preparation and execution of over 100 drug- and firearm-related search warrants, many of which resulted in the seizure of illicit narcotics, firearms and associated paraphernalia, monetary assets and other contraband related to ongoing criminal enterprises in the drug trade. Through this experience in narcotics enforcement, your affiant has learned about the methods and behaviors of individuals who distribute illicit drugs, to include the methods of concealment, packaging and distribution of various controlled substances. Additionally, your affiant has been involved in the investigation of numerous firearms violations leading to the recovery of over 30 firearms and is aware that persons who maintain firearms also have additional gun paraphernalia, to include ammunition, gun-cleaning kits, storage boxes, and manuals, receipts and other documents related to the firearm. The following set of facts and circumstances set forth in this affidavit are based on your affiant's personal knowledge, observations and investigation or those of investigators working with your affiant.

3. During the last 48 hours, United States Park Police were contacted by a confidential, reliable source. This source has never been shown to be unreliable and has provided information which has lead to the seizure of drugs from persons and the arrest of those persons on more than eight occasions. The source stated that within the last 72 hours, it observed a 9mm firearm within the residence of xxxx xxx xxxxxxxxx xxxxxx, N.W., Washington, D.C., belonging to a subject known as "Jeff". The source advised that Jeff owns a green Oldsmobile with DC tags xx-xxxx. Your affiant went to the xxxx block of xxx xxxxxxxxx xxxxxx, N.W., and observed that vehicle parked on the street in front of xxxx xxx xxxxxxxxx xxxxxx, N.W. Your affiant caused a computer check to be made of the tags and determined that the registration for that vehicle is in the name Jeffery Lindsay of that address. A cross-check of Lindsay's DC driver's permit also listed the xxxx xxx xxxxxxxxx xxxxxx, N.W. address.

4. A criminal record check through the Interstate Identification Index showed an extensive criminal history for Lindsay, including arrests for Assault with a Deadly Weapon, Distribution of PCP, Possession of Cocaine with Intent to Distribute, Carrying a Pistol Without a License, Attempted Capital Murder, and a conviction in Virginia in 1990 for Felony Larceny.

5. A check with Metropolitan Washington DC police Firearms Control section showed that Jeffery

Lindsay holds no license to carry a pistol within the District of Columbia. Further there is no registration for any weapon to the New Hampshire Avenue address.

6. Your affiant has observed the vehicle registered to Lindsay parked in front of this residence on different times during the last 48 hours.

7. Based on the above facts and circumstances, as well as your affiant's training and experience, your affiant believes that there is probable cause to believe that there is an illegal firearm being stored in the residence of xxxx xxx xxxxxxxxx xxxxxx, Northwest, Washington D.C. in violation of the laws of the United States and the District of Columbia. Therefore, your affiant respectfully requests that a search warrant be issued authorizing the seizure of said firearm, as well as related gun paraphernalia, to include ammunition, gun-cleaning kits, storage boxes, and manuals, receipts and other documents related to the firearm from this location.

    **WHEREFORE** your affiant respectfully requests that the Court issue a search warrant for the entire premises of xxxx xxx xxxxxxxxx xxxxxx, Northwest, Washington D.C.

DAVID HURLEY, Investigator
United States Park Police

SUBSCRIBED TO AND SWORN before me this _____ day of November, 2006.

DEBORAH A. ROBINSON
United States Magistrate Judge