AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Washington, D.C.

**SEARCH WARRANT**

CASE NUMBER:

**06-463-M-01**

TO: __David Hurley__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Investigator David Hurley__ who has reason to believe that
(name, description and or location)

**FILED**

**NOV 0 6 2006**

**NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT**

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

within the premises known as _____ /., described as a brown brick 2 story row house with white trim, white front porch with columns _____ in gold in color over the front door _____ is to the south of

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before __November 11, 2006__
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

__NOV 01 2006 @ 4:00 PM__ at Washington, D.C.
Date and Time Issued
**DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE**
Name and Title of Judicial Officer                    Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 11/1/06 | 11/3/06 0643 | |

INVENTORY MADE IN THE PRESENCE OF
INV. HURLEY   OFC. D'AUGUSTINE

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

COCAINE - 295g
CRACK COC. - 37g
MARIJUANA - 10g

$52,120. CASH
$51,620.

DOCUMENTS TO ~~~~~~~
DRUG PARA.
AMMUNITION
BLACK BB PISTOL
SAFE

**FILED**
NOV 0 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_____

Subscribed, sworn to, and returned before me this date.

_____          11-06-6
U.S. Judge or U.S. Magistrate Judge                Date